**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robert Lionel TOSON, Defendant–**
**Appellant.**

**No. 07–50169.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Nov. 8, 2007.

Filed Nov. 21, 2007.

William A. Hall, Esq., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Joseph McMullen, Esq., Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: B. FLETCHER, REINHARDT, and RYMER, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

MEMORANDUM *

Richard Toson appeals the judgment and sentence imposed following the revocation of his supervised release. We affirm.

Toson concedes that he violated the conditions of supervised release by failing to report as required to his probation officer. Given this, there is no need to reach the validity of the other (also Grade C) violations found by the district court. *See* U.S. Sentencing Guidelines Manual § 7B1.3(a)(2)(A) (2006).

Toson's *Apprendi* arguments are foreclosed by *United States v. Huerta–Pimental,* 445 F.3d 1220, 1221 (9th Cir.2006), which remains good law.

AFFIRMED.

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

